1

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

MARK ADAMS,                                    :
                                               :    Case No. 3:10-cv-00589-GCM
       Plaintiff,                          :
                                               :
    v.                                       :
                                               :
MEDICAL DATA SYSTEMS,                          :
                                               :
       Defendant.                          :
                                               :
_____/

**ORDER OF DISMISSAL**

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(i), the above

reference matter is hereby dismissed with prejudice.


**IT IS SO ORDERED.**


                Signed: March 25, 2011

                Graham C. Mullen
                United States District Judge